Manuel Luis Ramirez (SBN 103054)
THE RAMIREZ LAW FIRM
185 West F St, Suite 100
San Diego, California 92101
Telephone:  (619) 630-8382
E-mail: mlr@ramirez-lawfirm.com

Francisco J. Sanchez, Jr (SBN 220284)
THE SANCHEZ LAW CORPORATION
185 West F St, Ste 100
San Diego, CA 92101
Telephone: 619-232-8000
E-mail: fsanchez@hotmail.com

JS-6

Attorneys for Defendant,
MARK CHRISTOPHER WARNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN RETIREMENT AND SAVINGS PLAN, AND AMGEN INC. AS PLAN ADMINISTRATOR, | Case No.: 2:19-CV-6317-AB  ORDER |
| Plaintiffs, | |
| v. | JUDGE: Andre Birotte, Jr |
| ESPERANZA ROSS a/k/a HOPE ROSS, MARK CHRISTOPHER WARNER, KIM PEED, ROSEMARY GRINNELL AND JO ROSS, | |
| Defendants. | |

Based on the parties' Stipulation, this case is hereby **DISMISSED WITH PREJUDICE.**

Dated: 11/23/2020

Hon. Andre Birotte, Jr.
United States District Judge